UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLENE-PAIGE FULLER,<br><br>   Plaintiff,<br><br>v.<br><br>CAROL HIGGINS O'BRIEN, CHRISTINE M. VERDINI, RAYMOND W. MARCHILLI, JR., COLETTE M. GOGUEN, THOMAS E. DICKHAUT, JOHN FLOWERS, MHM CORRECTIONAL SERVICES, INC., MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, LINDA ALBOHN, MEAGHAN DUPUIS, SHARLENE SULLIVAN, JOEL T. ANDRADE and ROBERT DIENER,<br><br>   Defendants. | CIVIL ACTION NO. 14-cv-14168 |

## **CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

I hereby certify that Plaintiff's counsel has conferred with Charlene-Paige Fuller with a view to (a) establishing a budget of Plaintiff's costs of conducting the full course of litigation; and (b) understanding different resolution scenarios of the litigation.

Dated: June 12, 2015            Respectfully submitted,

*/s/ Felicia Ellsworth*
Felicia H. Ellsworth (BBO #665232)
Rebecca Bact (BBO #682411)
Allison Trzop (BBO #688328)
Michelle Liszt Sandals (BBO #690642)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000 (t)
(617) 526-5000 (f)
felicia.ellsworth@wilmerhale.com

*Attorneys for Plaintiff Charlene-Paige Fuller*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of June, 2015, I served a copy of the above document upon counsel of record via the CM/ECF system.

                                                */s/ Felicia H. Ellsworth*
                                                Felicia H. Ellsworth