# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLENE-PAIGE FULLER,<br>*Plaintiff,*<br><br>v.<br><br>CAROL HIGGINS O'BRIEN, in Her Official<br>Capacity as Commissioner of the Massachusetts<br>Department of Correction, et al.,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:14-CV-14168 |

## AFFIDAVIT OF LINDA FARAG, LPN

I, Linda Farag, LPN, depose and state the following:

1.  I am employed by Massachusetts Partnership for Correctional Healthcare ("*MPCH*") as the MPCH Grievance and Appeal Coordinator. I have been employed in this position since July 2013. My office is located at MPCH's headquarters, which has an address of 110 Turnpike Road, Suite 308, Westborough, MA 01581.

2.  As the MPCH Grievance and Appeal Coordinator, my job duties include monitoring, investigating, and following-up on inmate grievance appeals. After investigating an appeal, I respond directly to the inmate with my decision, and further send my report to the appropriate MPCH personnel.

3.  As part of my job, I do not treat patients or evaluate patients for treatment.

Signed under the pains and penalties of perjury this 4th day of December, 2015.

_____
Linda Farag, LPN